IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SAIRA INVESTMENTS, LLC,

    Plaintiff,

vs.

CASE NO.: 8:22 cv 01717

NATIONWIDE INSURANCE
COMPANY OF AMERICA,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, SAIRA INVESTMENTS, LLC, and Defendant, NATIONWIDE INSURANCE COMPANY OF AMERICA, stipulate that Plaintiff's action against Defendant, being settled entirely, should be dismissed with prejudice. The parties agree they shall bear respective costs, attorneys' fees and the terms of the release govern.

DATED: 12/6/23

_/s/ KC Bouchillon_
Kimble Clark Bouchillon, Esq.
Saunders Law Group
Post Office Box 1279
Bartow, FL 33831-1279
KCBPApleadings@gmail.com;
Secondary: christie.kcbpa@gmail.com
Lead Attorney For: Plaintiff

/s/Thaïs Passerieu
BUTLER WEIHMULLER KATZ CRAIG LLP.
THOMAS A. KELLER, ESQ.
Florida Bar No.: 0153354
tkeller@butler.legal
THAIS PASSERIEU, ESQ.
Florida Bar No.: 1003091
tpasserieu@butler.legal
Secondary: knieman@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: (813) 281-1900

Facsimile:   (813) 281-0900
*Attorneys for Defendant*